# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0995

VERSUS

DAVEDE L. LEWIS                                       **NOVEMBER 29, 2021**

---

In Re:      Davede L. Lewis, applying for supervisory writs, 22nd
            Judicial District Court, Parish of St. Tammany, No.
            604,332.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED.**   The trial court is ordered to act on
relator's rule to show cause, filed March 17, 2021, on or before
December 20, 2021.   A copy of the trial court's action shall be
filed in this court on or before December 30, 2021.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT